JODY M. PETERSON (SBN 326074)
Attorney at Law
P. O. Box 7636
Chico, CA 95927
Telephone: (408) 805-5551

Attorney for Plaintiff
**Carlos Chavez, Jr.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CHAVEZ, JR., <br><br> Plaintiff, <br><br> V. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant, | Case No. 2:22-CV-00490-DMC <br><br> **STIPULATION AND ORDER, ON PLANTIFF'S REQUEST TO EXTEND THE SCHEDULING ORDER FILED ON APRIL 12, 2022 (ECF No. 6)** |

Pursuant to Local Rule 143 the parties stipulate, that Plaintiff's request to extend the scheduling order filed on April 12, 2022, (ECF No.6) be granted as set forth in the local rule 144(d) (Fed.R.Civ.P.6). "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be

Law Office of Jody M. Peterson P. O. Box 7636 Chico, CA 95927
Page 1

Case No. 2:22-CV-00490-DMC **STIPULATION AND [PROPOSED] ORDER, ON PLANTIFF'S REQUEST TO EXTEND THE SCHEDULING ORDER FILED ON APRIL 12, 2022 (ECF No. 6)**

modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Good cause exists for this extension as Counsel for Plaintiff experienced a medical emergency during pendency of this case and lacked the ability to comply with the *April 12, 2022 (***ECF No. 6***)* Scheduling Order.  Thereafter, upon Counsel's return to her office on July 25, 2022, Counsel was under the erroneous belief the request for extension had been filed as the file appeared complete.  Counsel was awaiting an amended scheduling order to be issued, not realizing the pleading in the file was not endorsed, Counsel failed to comply with the July 29, 2022, deadline set forth in the Order.  It is believed the medical issues that precluded Plaintiff's Counsel from performing by the prescribed time limit have been resolved and Counsel respectfully request the Scheduling Order of April 12, 2022, be modified and an Amended Order be issued.

There has been no previous request for extensions of time in this matter. It is noted that Request for Court- approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor. Local Rule 144 (d).

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

Law Office of Jody M. Peterson P. O. Box 7636 Chico, CA 95927
Page 2

Case No. 2:22-CV-00490-DMC **STIPULATION AND [PROPOSED] ORDER, ON PLANTIFF'S REQUEST TO EXTEND THE SCHEDULING ORDER FILED ON APRIL 12, 2022 (ECF No. 6)**

1. The scheduling order filed on **April 12, 2022 (ECM doc 6)** shall be extended for 60 days, based on Plaintiff's request to extend the Scheduling Order and by agreement of the Parties.

2. Plaintiff's request shall be granted and based on good cause and the Court shall modify the April 12, 2022, Scheduling Order, and file an Amended Scheduling Order as set forth in accordance with Local Rule 144 (Fed. R. Civ. P. 6)

**SO STIPULATED:**

Dated: August 2, 2022

                          By: _/S/ JODY M. PETERSON_
                                Jody M. Peterson
                                Attorney for Petitioner,
                                Carlos Chavez Jr.

Dated: August 2, 2022

                                PHILLIP A. TALBERT
                                United States Attorney
                                PETER THOMPSON
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                        By   /_s/ Elizabeth Landgraf_
                                ELIZABETH LANDGRAF
                                Special Assistant United States Attorney
                                Attorneys for Defendant

# **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor,

**IT IS SO ORDERED,** the dates established in the scheduling order filed on **April 12, 2022 (ECM doc 6)** shall be extended for 60 days.

Dated:  August 3, 2022



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Law Office of Jody M. Peterson P. O. Box 7636 Chico, CA 95927
Page 4

Case No. 2:22-CV-00490-DMC **STIPULATION AND [PROPOSED] ORDER, ON PLANTIFF'S REQUEST TO EXTEND THE SCHEDULING ORDER FILED ON APRIL 12, 2022 (ECF No. 6)**