PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARLOS CHAVEZ, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-00490-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a first extension of 47 days to respond to Plaintiff's Motion for Summary Judgment ("Motion") (ECF No. 14), extending the date on which Defendant's response is due from November 17, 2022, to January 3, 2023.

    Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney for Defendant currently has seven briefs due over the two weeks, including Defendant's Opposition in this case, and a total of nine district court briefs due during the month of December.

In addition, the undersigned attorney has recently experienced a health issue requiring several medical appointments during the month of November, including a lengthy emergency room visit. This unexpected health issue has caused the attorney for Defendant to unexpectedly need to take leave from work. Accordingly, the Commissioner respectfully requests an extension of 45 days, until January 3, 2023, to respond to Plaintiff's Motion.

The attorney for Defendant sincerely apologizes for any inconvenience to the Court, Plaintiff, and opposing counsel. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: November 15, 2022

/s/ *Jody Marie Peterson*
JODY MARIE PETERSON
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

DATE: November 15, 2022      By    /s/ *Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 3, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE