JODY M. PETERSON (SBN 326074)
Attorney at Law
P. O. Box 7636
Chico, CA 95927
Telephone: (408) 805-5551

Attorney for Plaintiff
**Carlos Chavez, Jr.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CHAVEZ, JR., <br><br> Plaintiff, <br><br> V. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant, | Case No. 2:22-CV-00490-DMC <br><br> **STIPULATION AND ORDER, ON PLANTIFF'S REQUEST FOR EXTENTION OF TIME TO FILE A REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

  The parties stipulate through counsel that Plaintiff shall have a first extension of 15 days to file a reply in support of Plaintiff's Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment ("Motion") (ECF No. 15), extending the date on which Plaintiff's response is due from January 18, 2023, to February 2, 2023.

  Plaintiff needs more time to respond to Defendant's Motion because the undersigned attorney for Plaintiff has returned to office after extenuating family/medical health issues and upon her return on January 2, 2023, she had three emergency hearings, including three trial briefs due for unrelated matters in the same two weeks in which the Defendant filed her Motion, prompting a deadline to file Plaintiff's reply brief by January 18, 2023.

  The attorney for Plaintiff sincerely apologizes for any inconvenience to the Court, Defendant and opposing counsel. This request is made in good faith and is not intended to delay the proceedings in this matter. It was with utmost respect that consideration be given, as absent

those ex-parte hearings that Petitioner's attorney was ordered to appear at, this further complicated her ability to complete the reply brief as expected.

Respectfully submitted,

DATE: January 18, 2023　　　*/s/ Jody Marie Peterson*
　　　　　　　　　　　　　　JODY MARIE PETERSON
　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　Social Security Administration

DATE: January 18, 2023　　　By  */s/ Elizabeth Landgraf*
　　　　　　　　　　　　　　ELIZABETH LANDGRAF
　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　(as approved via email)

## **ORDER**

　　　　Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including February 2, 2023, to respond to Defendant's Motion for Summary Judgment.

Dated:  January 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE