```
JODY M. PETERSON (SBN 326074)
Attorney at Law
P. O. Box 7636
Chico, CA 95927
Telephone: (408) 805-5551

Attorney for Plaintiff
Carlos Chavez, Jr.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CHAVEZ, JR.,<br><br>Plaintiff,<br><br>V.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant, | Case No. 2:22-CV-00490-DMC<br><br>**STIPULATION AND ORDER, ON PLANTIFF'S SECOND REQUEST FOR EXTENTION OF TIME TO FILE A REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

   The parties stipulate through counsel that Plaintiff shall have a second extension of 15 days to file a reply in support of Plaintiff's Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment ("Motion") (ECF No. 15), extending the date on which Plaintiff's response is due from February 2, 2023, until February 17, 2023.

   Plaintiff needs more time to respond to Defendant's Motion because the undersigned attorney for Plaintiff has suffered a loss in her family on January 19, 2023, the day after the first request was submitted, Plaintiff's attorney lost her father and has been away from her office since. Due to this event, this interfered and impeded the attorney's availability to complete work during her time away.

   The attorney for Plaintiff sincerely apologizes for any inconvenience to the Court, Defendant and opposing counsel. This request is made in good faith and is not intended to delay the proceedings in this matter. It is with utmost respect that consideration be given, as the

unexpected loss of her father, Petitioner's attorney would have been available to complete the reply as previously requested

                                                    Respectfully submitted,

DATE: February 3, 2023      /s/ Jody Marie Peterson
                                       JODY MARIE PETERSON
                                       Attorney for Plaintiff

                                         PHILLIP A. TALBERT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Social Security Administration

DATE: February 3, 2023      By   /s/ Elizabeth Landgraf
                                         ELIZABETH LANDGRAF
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant
                                         (as approved via email)

## **ORDER**

      Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including February 17, 2023, to respond to Defendant's Motion for Summary Judgment.

Dated:  February 6, 2023

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE