JODY M. PETERSON (SBN 326074)
Attorney at Law
P. O. Box 7636
Chico, CA 95927
Telephone: (408) 805-5551

Attorney for Plaintiff
**Carlos Chavez, Jr.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CHAVEZ, JR.,<br><br>Plaintiff,<br><br>V.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant, | Case No. 2:22-CV-00490-DMC<br><br>**STIPULATION AND ORDER, ON PLANTIFF'S THIRD REQUEST FOR EXTENTION OF TIME TO FILE A REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

      The parties stipulate through counsel that Plaintiff shall have a third extension of 15 days to file a reply in support of Plaintiff's Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment ("Motion") (ECF No. 15), extending the date on which Plaintiff's response is due from February 17, 2023, until March 4, 2023.

      Plaintiff needs more time to respond to Defendant's Motion because the undersigned attorney for Plaintiff returned to her office on February 3, 2023, after having been on leave from the loss of her father on January 19, 2023. On February 11, 2023, the Attorney's Child experienced illness that continued to worsen for over a period of over five days, to which warranted emergency intervention on February 16, 2023.  During this same time, Plaintiff's attorney was expected to complete the Reply to Defendant's Motion for Summary, she too came down with the same illness that required her Child to seek emergency medical treatment. Due to

these recent unfortunate events, this has interfered with the attorney's availability to complete the work by the required deadline.

    The attorney for Plaintiff sincerely apologizes for any inconvenience to the Court, Defendant and opposing counsel. This request is made in good faith and is not intended to delay the proceedings in this matter. It is with utmost respect that consideration be given, and this Stipulation is granted to allow Petitioner's attorney appropriate time to complete the work.

                                                   Respectfully submitted,

DATE: February 20, 2023    /s/ Jody Marie Peterson
                                                    JODY MARIE PETERSON
                                                    Attorney for Plaintiff

                                                    PHILLIP A. TALBERT
                                                    United States Attorney
                                                    MATHEW W. PILE
                                                    Associate General Counsel
                                                    Social Security Administration

DATE: February 20, 2023    By  /s/ Elizabeth Landgraf
                                                     ELIZABETH LANDGRAF
                                                     Special Assistant United States Attorney
                                                   Attorneys for Defendant
                                                   (as approved via email)

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including March 4, 2023, to respond to Defendant's Motion for Summary Judgment.

Dated:  February 27, 2023

                                                    DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE